IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD GLENN,

    Petitioner,

v.                                              4:13cv617–WS/CAS

JULIE L. JONES, SECRETARY,
DEPARTMENT OF CORRECTIONS,

    Respondent.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed June 24, 2016. See Doc. 17. The magistrate judge recommends that the petitioner's § 2254 petition for writ of habeas corpus be denied. The petitioner has filed no objections to the magistrate judge's report and recommendation, although he was given extra time to do so. Instead, the petitioner has filed a motion (doc. 20) for leave to amend his habeas petition. In that motion, the petitioner states that he "recognizes that his current § 2254 motion is inadequate from the standpoint of appropriately addressing the issues that are germane to this cause of action." He

has, not, however, attached a copy of an amended petition or otherwise explained what amendment(s) he would make. His motion to amend has now been denied by the magistrate judge.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 17) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's § 2254 petition for writ of habeas corpus (doc. 1) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's § 2254 petition for writ of habeas corpus is DENIED.

4. A certificate of appealability is DENIED.

5. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this   21st   day of   September  , 2016.

                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE